# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SALVATORE MILIOTO and VIRGINIA MILIOTO, | : : : : | Case No: 5:11-bk-06542  CHAPTER 13 |
| Debtors. | : | |
| SALVATORE & VIRGINIA MILIOTO, | : : | |
| Movants, | : : | |
| v. | : : | Adversary No: 5:14-ap-00232 |
| NAVY FEDERAL CREDIT UNION, | : : | |
| Respondent. | : | |

## PRAECIPE FOR WRIT OF EXECUTION

TO THE CLERK OF COURTS FOR THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA:

Kindly issue a Writ of Execution in the above-captioned adversary action:

1. Against: Navy Federal Credit Union

2. And index this Writ:

    a. Against Navy Federal Credit Union, 820 Folin Lane, Vienna, VA 22180;

3. Amount due:

    a. As per Judgment: $2,500.00
    b. Service Costs: $Unknown – To Be Calculated by U.S. Marshals
    c. Clerk of the Bankruptcy Court: $0.00
    d. Interest: $187.50
    **TOTAL DUE**: $2,687.50 (Plus Cost of Marshals Service)

Dated: March 15, 2016

/s/ Patrick J. Best
Patrick J. Best, Esquire
Attorney for Debtors
128 East Broad Street
Bethlehem, PA 18018
Telephone: 610.849.2788
Facsimile: 484.544.8625