# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SALVATORE MILIOTO and | : | Case No: 5:11-bk-06542 |
| VIRGINIA MILIOTO, | : | |
| | : | CHAPTER 13 |
| Debtors. | : | |
| SALVATORE & VIRGINIA MILIOTO, | : | |
| | : | |
| Movants, | : | |
| | : | |
| v. | : | Adversary No: 5:14-ap-00232 |
| | : | |
| NAVY FEDERAL CREDIT UNION, | : | |
| | : | |
| Respondent. | : | |

## CLAIM FOR EXEMPTIONS

TO THE UNITED STATES MARSHAL:

I, the above-captioned Defendant (by and through a duly authorized representative thereof) claims exception of property from levy or attachment:

1.  From my real or personal property in my possession which has been levied upon, I claim the following exemption: (specify the property and basis for said exemption): _____

_____

_____

2.  From property which is in the possession of a third party, I claim the following exceptions.

    a.  Social Security benefits on deposit in the amount of $_____;

    b.  Other (Specify amount and basis of exemption): _____

       _____

I request a prompt court hearing to determine the exemption. Notice of the Hearing should be given to me at:

_____          _____
*Address*                                                                                  *Telephone*


I, the duly authorized representative for Navy Federal Credit Union, verify that the statements made in this Claim for exemption are true and correct. I understand that false statements herein are made subject to penalties of 18 U.S.C. §1001 relating to unsworn falsification to authorities.


Date: _____          _____
                                                                               For Defendant, Navy Federal Credit Union


THIS CLAIM TO BE FILED WITH
THE OFFICE OF THE UNITED STATES MARSHAL
MIDDLE DISTRICT OF PENNSYLVANIA

William J. Nealon Federal Building and U.S. Courthouse
235 North Washington Avenue, Room 215
Scranton, PA 18503
(570) 346-7277