# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SALVATORE MILIOTO and<br>VIRGINIA MILIOTO, | : <br> : <br> : | Case No: 5:11-bk-06542 <br><br> CHAPTER 13 |
| Debtors. | : | |
| SALVATORE & VIRGINIA MILIOTO, | : | |
| Movants, | : <br> : <br> : | |
| v. | : | Adversary No: 5:14-ap-00232 |
| NAVY FEDERAL CREDIT UNION, | : <br> : <br> : | |
| Respondent. | : | |

## PLAINTIFF'S POST JUDGMENT INTERROGATORIES REQUESTED UPON DEFENDANT NAVY FEDERAL CREDIT UNION

YOU ARE REQUIRED TO FILE ANSWERS UNDER OATH TO THE FOLLOWING INTERROGATORIES WITHIN THIRTY (30) DAYS AFTER SERVICE UPON YOU.

INTERROGATORY 1.

    State the full name of each person answering these interrogatories, each person's work address, work telephone, title and relationship with the business on whom these interrogatories were served.

INTERROGATORY 2.

    Describe the business on whom these interrogatories were served, including without limitation, the name, address, telephone number, other business names(s) under which it operates, legal status (i.e. corporation, limited partnership, limited liability company, partnership, sole proprietorship, etc.), date of formation, address of all business locations, and federal tax identification number.

-5-

Case 5:14-ap-00232-RNO    Doc 13-3    Filed 03/16/16    Entered 03/16/16 12:28:10    Desc
Plaintiffs Post Judgment Interrogatories Requested Upon Defendant Navy Fe    Page 1 of 7

INTERROGATORY 3.

Identify each partner, agent, shareholder, director and officer of the business by name, work and home addresses and telephone numbers, title, relationship with the business, and value of interest.

INTERROGATORY 4.

Give the address, nature of interest, date of acquisition cost, assessed value, fair market value, appraised value, balance of all existing liens, names of lien holders, legal description, and the income derived from any real estate or interest therein owned in whole or in part by the business, whether in the business's name or that of another, wherever located, and state who paid for it.

-6-

Case 5:14-ap-00232-RNO    Doc 13-3    Filed 03/16/16    Entered 03/16/16 12:28:10    Desc
Plaintiffs Post Judgment Interrogatories Requested Upon Defendant Navy Fe    Page 2 of 7

INTERROGATORY 5.

State whether the business has filed federal and/or state business tax returns in the last 3 years, specifying as to each return: type of return; date filed; name, address and telephone number of the signor of each return; and gross income reported.

INTERROGATORY 6.

Identify inventory, materials, work-in-progress owned by the business, specifying as to each the description, amount, value and location.

-7-

Case 5:14-ap-00232-RNO    Doc 13-3    Filed 03/16/16    Entered 03/16/16 12:28:10    Desc
Plaintiffs Post Judgment Interrogatories Requested Upon Defendant Navy Fe    Page 3 of 7

INTERROGATORY 7.

Give a listing of all property owned by the business, including but not limited to: (i) all checking and savings accounts (provide bank names, account numbers and present balances); (ii) stocks, bonds and other securities, identifying each by type, fair market value and location where held; (iii) all personal property owned by the business, including without limitation, fixtures, equipment, tools, trucks, automobiles, trailers, boats, tractors, planes (specifying as to each the location where kept, serial/VIN number, license number, state of registration, value, and any debts secured thereby); (iv) accounts receivable (specifying as to each the name of account, address and amount); (v) judgments held by the business against third parties (specifying as to each the court, case number, case name and amount); (vi) rents receivable (specifying as to each property the address, lessee and amount); and (vii) intellectual property (specifying as to each the type, interest and value).

-8-

Case 5:14-ap-00232-RNO    Doc 13-3    Filed 03/16/16    Entered 03/16/16 12:28:10    Desc
Plaintiffs Post Judgment Interrogatories Requested Upon Defendant Navy Fe    Page 4 of 7

INTERROGATORY 8.

Describe each place of business where the business operates, specifying as to each the address, square footage, inventory and fixtures, equipment and number of cash registers.

INTERROGATORY 9.

As to each safe or safe deposit box of the business, identify the location and contents.

INTERROGATORY 10.

Identify all property of the business held by third parties, specifying as to each such item of property the holder, location, description and value.

-9-

INTERROGATORY 11.

Identify all loans and/or mortgages owed to the business, including any loans made to officers/directors/shareholders/employees/etc., specifying as to each the borrower's name, borrower's address and amount owing.

INTERROGATORY 12.

Identify any related parent and subsidiary business(es), specifying as to each the name and location(s).

INTERROGATORY 13.

Identify any transfers over $1,000.00 in the last 12months by name of transferee, amount, date and reason.

-

Case 5:14-ap-00232-RNO    Doc 13-3    Filed 03/16/16    Entered 03/16/16 12:28:10    Desc
Plaintiffs Post Judgment Interrogatories Requested Upon Defendant Navy Fe    Page 6 of 7

INTERROGATORY 14.

Identify all other sources of income or property of the business, actual or potential, which you have not disclosed in answer to previous questions, specifying as to each the type, value or potential value thereof, and the holder.

INTERROGATORY 15.

Attach to your answers to these Interrogatories copies of your corporate ledgers for the last 12 months.

Date: <u>March 15, 2016</u>  /s/ Patrick J. Best
Patrick J. Best, Esq.
ID: 309732
Anders, Riegel & Masington LLC
128 East Broad Street
Bethlehem, PA 18018
Phone: 610.849.2788
Facsimile: 484.544.8625
Attorney for Debtors/Plaintiffs

-