# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SALVATORE MILIOTO and VIRGINIA MILIOTO, | : : : : | Case No: 5:11-bk-06542  CHAPTER 13 |
| Debtors. | : | |
| SALVATORE & VIRGINIA MILIOTO, | : : | |
| Movants, | : : | |
| v. | : : : | Adversary No: 5:14-ap-00232 |
| NAVY FEDERAL CREDIT UNION, | : : | |
| Respondent. | : | |

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

*Name and Address of Judgment Creditor*

SALVATORE & VIRGINIA MILIOTO
c/o Anders, Riegel & Masington LLC
128 East Broad Street
Bethlehem, PA 18018

Amount of Judgment:
$__2,500.00_____

Other Costs:
$__187.50 in interest plus the U.S. Marshals' Costs for Service_____

vs.

*Name and Address of Judgment Debtor*

NAVY FEDERAL CREDIT UNION
820 Follin Lane, Vienna, VA 22180 (Physical)
P.O. Box 3000, Merrifield, VA 22119 (Mailing)

Date of Entry of Judgment:

__December 11, 2014_____

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF PENNSYLVANIA:

To satisfy the judgment, interest and costs against Defendant, Navy Federal Credit Union:

1. You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

2. You are also directed to attach the property of the Defendant not levied upon the in possession of _____

as garnishee, and to notify the garnishee that

      a. An attachment has been issued;

      b. The garnishee is enjoined from paying any debt to or for the account of the Defendant and delivering any property of the Defendant or otherwise disposing thereof,

3. If property of the Defendant not levied upon and subject to attachment is found in the possession of anyone other than a named garnishee, you are directed to notify him that he has been added as a garnishee and is enjoined as above stated.

| | |
|---|---|
| Amount As per Judgment: | $2,500.00 |
| Service Costs: | $Unknown – To Be Calculated by U.S. Marshals after service of this Writ of Execution |
| Clerk of the Bankruptcy Court: | $0.00 |
| Interest: | $187.50 |
| **TOTAL DUE**: | $2,687.50 (Plus Cost of Marshals Service) |

TO THE JUDGMENT DEBTOR:

You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

_____      _____
            Date                                                              Clerk of the Bankruptcy Court

_____      _____
            Date                                                              Deputy Clerk of the Bankruptcy Court